UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | Case No. 22-cr-00347-BLF-1 |
|---|---|
| Plaintiff, | |
| v. | **ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION TO DENY DEFENDANT'S MOTION TO SUPPRESS EVIDENCE** |
| JESSE YBARRA, | |
| Defendant. | |

Before the Court is Magistrate Judge Virginia DeMarchi's Report and Recommendation to Deny Defendant's Motion to Suppress Evidence. ECF No. 105 ("R&R"). No objection to the Report and Recommendation has been filed and the deadline to object has expired. *See* ECF No. 110 (setting deadline of June 17, 2023 to file objections).

The Court finds the Report correct, well-reasoned, and thorough, and it ADOPTS it in every respect. Accordingly, Defendant's Motion to Suppress Evidence is DENIED.

**IT IS SO ORDERED.**

Dated: June 23, 2023

_____
BETH LABSON FREEMAN
United States District Judge